698

148 So. 927

**Lee WILLIAMS v. STATE.**
6 Div. 402.

Court of Appeals of Alabama.
May 16, 1933.

BRICKEN, Presiding Judge.
Affirmed.

146 So. 927

**W. H. WILLIS v. STATE.**
8 Div. 581.

Court of Appeals of Alabama.
Feb. 7, 1933.

SAMFORD, Judge.
Affirmed.

148 So. 927

**Bob WILSON v. STATE.**
6 Div. 423.

Court of Appeals of Alabama.
May 9, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed.

140 So. 927

**Sam WILSON v. STATE.**
4 Div. 867.

Court of Appeals of Alabama.
April 5, 1932.

RICE, J.
Appeal dismissed.

144 So. 927

**W. J., alias Jack, WILSON v. STATE.**
4 Div. 920.

Court of Appeals of Alabama.
Nov. 15, 1932.

SAMFORD, J.
Appeal dismissed.

145 So. 927

**R. H. WILSON v. TENNESSEE VALLEY MOTOR CO.**
8 Div. 500.

Court of Appeals of Alabama.
Jan. 19, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

148 So. 927

**Henry WIMBERLY v. STATE.**
8 Div. 794.

Court of Appeals of Alabama.
May 23, 1933.

SAMFORD, Judge.
Affirmed.

144 So. 927

**George WINCHESTER v. STATE.**
8 Div. 586.

Court of Appeals of Alabama.
Nov. 1, 1932.

BRICKEN, P. J.
Appeal dismissed by appellant.